## IN THE DISTRICT COURT FOR THE
## WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSIE BADGER,<br><br>        Plaintiff,<br><br>    v.<br><br>COSTCO WHOLESALE CORPORATION,<br><br>        Defendant. | Case No. 16-CV-01064-RCM |

### JOINT STIPULATION TO DISMISS WITH PREJUDICE

COME NOW Plaintiff Josie Badger and Defendant Costco Wholesale Corporation, by and through the undersigned counsel, hereby stipulate and agree that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), the Court dismiss this action with prejudice, with each party to bear their own attorneys' fees, costs, expert fees, and expenses, if any, incurred in connection with this action. No motion for class certification has been filed and no class has been certified in this action; therefore, class notice and Court approval of this dismissal are not required under the Federal Rules of Civil Procedure, Rule 23(e).

Wherefore, the Parties jointly request the Court enter an Order dismissing the action with prejudice and closing this case.

Respectfully submitted,

| Josie Badger | Costco Wholesale Corporation |
|---|---|
| By: /s/ Benjamin J. Sweet | By:   /s/ William F. Dugan |
| One of Her Attorneys | One of Its Attorneys |
| | |
| Benjamin J. Sweet | William F. Dugan |
| Ed Kilpela | SEYFARTH SHAW LLP |
| R. Bruce Carlson | 233 S Wacker Dr., |
| Stephanie K. Goldin | Suite 8000 |
| Carlson Lynch Sweet Kilpela & Carpenter, LLP | Chicago, IL 60606-6448 |
| 1133 Penn Avenue, 5th Floor | (312) 460-5000 |
| Pittsburgh, Pennsylvania  15222 | |

## IN THE DISTRICT COURT FOR THE
## WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSIE BADGER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COSTCO WHOLESALE CORPORATION,<br><br>　　　　　Defendant. | Case No. 16-CV-01064-RCM |

## **(PROPOSED) ORDER DISMISSING THE ACTION WITH PREJUDICE**

AND NOW on this _____ day of April 2017, based upon the consideration of the Parties' Joint Stipulation to Dismiss with Prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A), in accordance with Fed. R. Civ. P. 23(e), and good cause appearing:

IT IS HEREBY ORDERED, ADJUDGED and DECREED as follows:

1.　The above captioned Civil Action No. 16-cv-01064 is dismissed in its entirety with prejudice, each party to bear their own attorneys' fees and litigation costs; and

2.　The Clerk shall mark Civil Action No. 16-cv-01064 as CLOSED.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　U.S. District Court Judge

Cc: All counsel of record

## CERTIFICATE OF SERVICE

I do hereby certify that I have caused a true and correct copy of the foregoing document to be served upon the following using the CM/ECF system, which will automatically send e-mail notification to all counsel of record, on this 24th day of April, 2017:

  /s/ Benjamin J. Sweet