IN THE DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSIE BADGER,<br><br>        Plaintiff,<br><br>v.<br><br>COSTCO WHOLESALE CORPORATION,<br><br>        Defendant. | Case No. 16-CV-01064-RCM |

## (PROPOSED) ORDER DISMISSING THE ACTION WITH PREJUDICE

AND NOW on this _____ day of April 2017, based upon the consideration of the Parties' Joint Stipulation to Dismiss with Prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A), in accordance with Fed. R. Civ. P. 23(e), and good cause appearing:

IT IS HEREBY ORDERED, ADJUDGED and DECREED as follows:

1. The above captioned Civil Action No. 16-cv-01064 is dismissed in its entirety with prejudice, each party to bear their own attorneys' fees and litigation costs; and

2. The Clerk shall mark Civil Action No. 16-cv-01064 as CLOSED.

_____
U.S. District Court Judge

Cc: All counsel of record