IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSIE BADGER,<br><br>        Plaintiff,<br><br>    v.<br><br>COSTCO WHOLESALE CORPORATION,<br><br>        Defendant. | Civil Action No. 16-CV-01064-RCM |

**(Complete either Part 1 or Part 2)**

**PART 1:  CONSENT TO JURISDICTION BY
UNITED STATES MAGISTRATE JUDGE**

      In accordance with the provisions of Section 636(c)(1) of Title 28, United States Code, the undersigned (counsel of record for <u>Defendant Costco Wholesale Corporation</u>) in the above-captioned civil matter hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial and entry of a final judgment, with direct review by the United States Court of Appeals for the Third Circuit if an appeal is filed.

Date:  April 25, 2017          Signature:  <u>/s/ *Kathryn C. Palamountain*</u>
                                        Printed Name:  <u>Kathryn C. Palamountain</u>

-------------------------------------------------------------------------------------------------------------------

**(PART 2:  DISTRICT JUDGE OPTION)**

      Pursuant to Section 636(c)(2) of Title 28, United States Code, the undersigned (counsel of record for _____ ) in the above-captioned civil matter acknowledges the availability of a United States Magistrate Judge but elects to have this case randomly assigned to a United States District Judge.

Date: _____        Signature: _____

                                            Printed Name: _____