IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

JOSIE BADGER, individually and on )
behalf of all others similarly situated, )
                           Plaintiff, )
                                       )
      vs )                Civil Action No. 16-1064
                                         )
COSTCO WHOLESALE CORPORATION,)
                  Defendant. )

ORDER

       AND NOW, this 26th day of April, 2017, based upon the consideration of the

Parties' Joint Stipulation to Dismiss with Prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A) (ECF

No. 21), which is approved by the Court:

      IT IS HEREBY ORDERED, ADJUDGED and DECREED as follows:

      1. The above captioned Civil Action No. 16-cv-01064 is dismissed in its entirety with

prejudice, each party to bear their own attorneys' fees and litigation costs; and

      2. The Clerk shall mark Civil Action No. 16-cv-01064 as CLOSED.


                                    s/Robert C. Mitchell_____
                                    ROBERT C. MITCHELL
                                    United States Magistrate Judge